UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI CHESTER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE TJX COMPANIES, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:15-cv-01437-ODW-DTBx<br><br>*Hon. Otis D. Wright, II*<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

1  The Court has considered the Stipulation Extending Defendants' Time to
2  Answer Plaintiffs' Consolidated Amended Class Action Complaint (the "CAC")
3  filed by Plaintiffs Staci Chester, Daniel Friedman, Robin Berkoff, and Theresa
4  Metoyer (collectively, "Plaintiffs") and Defendants The TJX Companies, Inc., T.J.
5  Maxx of CA, LLC, HomeGoods, Inc., and Marshalls of CA, LLC (together, "TJX"
6  or "Defendants"). The Court, finding good cause, hereby grants the stipulation and
7  extends Defendants' time to answer the CAC to September 12, 2016.
8  IT IS SO ORDERED.

Dated: August 30, 2016

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE