**O**

# United States District Court
# Central District of California

| | |
|---|---|
| STACI CHESTER, et al., | Case No. 5:15-CV-01437-ODW(DTB) |
| Plaintiff, | |
| v. | **SUPPLEMENTAL SCHEDULING** |
| TJX COMPANIES, INC., et al; and DOES | **ORDER** |
| 1–100, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

On November 15, 2016, the Court issued a scheduling order in this case.  In addition to the dates listed in that order, the court requires that any motion for class certification filed by March 1, 2017.  Further, any opposition to the motion for class certification shall be filed by April 7, 2017, and any reply to the motion for class certification shall be filed by May 1, 2017.

Depending on the outcome of the motion for class certification, the Court may choose at that time to amend the schedule.  Lastly, discovery shall not be conducted in phases.

**IT IS SO ORDERED.**

November 15, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**