1  Douglas Caiafa, Esq. (SBN 107747)
2  DOUGLAS CAIAFA, A Professional Law Corporation
   11845 West Olympic Boulevard, Suite 1245
3  Los Angeles, California 90064
   (310) 444-5240 - phone; (310) 312-8260 - fax
4  Email: dcaiafa@caiafalaw.com

5  Christopher J. Morosoff, Esq. (SBN 200465)
   LAW OFFICE OF CHRISTOPHER J. MOROSOFF
6  42-215 Washington Street, Suite A-37
   Palm Desert, California 92211
7  (760) 469-5986 - phone; (760) 345-1581 - fax
   Email: cjmorosoff@morosofflaw.com

8  Greg K. Hafif, Esq. (SBN 149515)
   Michael G. Dawson, Esq. (SBN 150385)
9  LAW OFFICE OF HERBERT HAFIF
   269 W. Bonita Avenue
10 Claremont, California 91711
   (909) 624-1671 - phone; (909) 625-7772 - fax
11 Email: ghafif@hafif.com

12 Attorneys for Plaintiffs STACI CHESTER, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STACI CHESTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TJX COMPANIES, INC., et al.,<br><br>Defendants. | **EDCV 15-01437 ODW (DTBx)**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Courtroom: 5D – First Street<br>Date:  October 16, 2017<br>Time:  1:30 p.m.<br>Judge:  Hon. Otis D. Wright, II |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on **October 16, 2017,** at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5D of the United States District Court for the Central District of California, Western Division, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Staci Chester, Daniel Friedman, Robin Berkoff and Theresa Metoyer (collectively, "Plaintiffs"), will, and hereby do, respectfully move this Honorable Court for an order: (1) granting preliminary approval of the settlement agreement Plaintiffs have executed with Defendant TJX Companies, Inc. ("Defendant") for $8,500,000 (Merchandise Credit with cash redemption option, administrative costs, attorneys' fees and expenses, and incentive awards) pursuant to Fed. R. Civ. Proc. 23(e); and, (2) certifying a class for settlement purposes pursuant to Fed. R. Civ. Proc. 23(b)(3).

This Motion is unopposed by Defendant and is based upon this Notice of Motion; Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class; the Declaration of Christopher J. Morosoff in support thereof; the Declaration of Douglas Caiafa in support thereof; the Declaration of Jennifer Keough in support thereof; all filed and served concurrently herewith; as well as the pleadings and papers on file in this action, argument of counsel, any other material which may be submitted to the Court, and any other evidence or argument the Court may consider.

Dated:  September 18, 2017	Respectfully submitted,
LAW OFFICE OF CHRISTOPHER J. MOROSOFF


By: /s/ *Christopher J. Morosoff*
Christopher J. Morosoff
Attorneys for Plaintiffs
STACI CHESTER, et al.