# United States District Court
# Central District of California

| | |
|---|---|
| STACI CHESTER; DANIEL FRIEDMAN; ROBIN BERKOFF; and THERESA METOYER, individually and o/b/o those similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>THE TJX COMPANIES, INC.; TJ MAXX OF CA, LLC; MARSHALLS OF CA, LLC; HOMEGOODS, INC; and DOES 1–100, inclusive,<br>　　　　　　Defendants. | Case № 5:15-cv-01437-ODW (DTB)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [109]** |

　　　　Before the Court is Plaintiffs Staci Chester, Daniel Friedman, Robin Berkoff and Theresa Metoyer's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class. (Mot., ECF No. 109.) Defendants The TJX Companies, Inc., T.J. Maxx of CA, LLC, Marshalls of CA, LLC, and HomeGoods, Inc. (collectively, "TJX" or "Defendants") do not oppose Plaintiffs' Motion. Having considered Plaintiffs' arguments in their moving papers, the

accompanying declarations, and settlement agreement, the Court **DENIES** Plaintiffs' Motion without prejudice.

In approving a proposed class action settlement, "[u]ltimately, the district court's determination is nothing more than an amalgam of delicate balancing, gross approximations, and rough justice." *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 525–26 (C.D. Cal. 2004) (internal citations and quotation marks omitted). Thus, "[t]he initial decision to approve or reject a settlement proposal is committed to the sound discretion of the trial judge." *Id.* The Court takes issue with the form of the parties' proposed notice to be sent out to potential class members. (*See* Settlement Agreement Exs. 3, 4, 5, 7, ECF No. 109-3.)

It is the duty of the district court to "direct notice in a reasonable manner to all class members who would be bound by the [proposed settlement]." Fed. R. Civ. P. 23(e)(1). The Court finds that any notice of settlement distributed in this case should display the logos of Defendants, in color, to alert potential class members to the contents of the notice and the parties involved in this litigation.





///

///

///

The Court is inclined to preliminarily approve the parties' proposed Settlement Agreement (ECF No. 109-3), if the proposed notice was amended to conform to the format addressed in this Order. For these reasons, Plaintiffs' Motion is **DENIED** without prejudice. (ECF No. 109.) The Court directs the parties to submit a new Motion for Preliminary Approval of Class Action Settlement, should they wish to do so, no later than **November 13, 2017**.

**IT IS SO ORDERED.**

October 20, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**