# Barbara S. Cochran
### 1520 Dover Street
### Oxnard, CA 90303
### 805-919-9009

March 28, 2018

The United States District Court
Central District of California
Courtroom 5D – First Street
350 West First Street
Los Angeles, CA 90012

Re:   *Staci Chester v. The TJX Companies, Inc.*
      Case No. EDCV 15-01437 ODW (DTBx)
      <u>Notice of Objections to Settlement and Fee Motion</u>

Dear Sir or Madam:

I am a class member affected by the settlement proposed in the above case before Judge Wright. I asked my lawyer to look over the settlement and discuss the weak points with me. I agreed with his evaluation and asked him to help me write this notice. I object to the proposed settlement and class counsel's fee motion for the following reasons:

1. If every class member submits a claim, we'll only get 66 cents each.

2. To add insult to injury, it's only a store credit (requiring us to spend more money at the same store guilty of false advertising). I think it should be cash.

3. I also don't like that everyone shares equally, regardless of how many products we purchased at TJ Maxx. I think the money should be allocated according to number of <u>purchases</u>, not number of <u>claimants</u>.

4. Finally, I think the attorney's fee is too high. Given the lawsuit's short lifespan, it's hard to justify giving 25% of the total settlement to the lawyers (unless they only get store credits also). They should only get paid for the actual hours put into the case at some reasonable rate the court determines.

I have no supporting documents and I do not plan to attend the fairness hearing.

Respectfully,

*Barbara S. Cochran*
Barbara S. Cochran