Jessie R. Parker
7175 Armstrong Rd
Goleta, CA 93117
(707) 398-1634



April 9, 2018

The United States District Court for the Central District of California
Courtroom 5D – First Street
350 West First Street
Los Angeles, CA 90012

Ed CV 15-01437-ODW (DTBx)

RE: Class member OBJECTION to lawsuit/case Staci Chester v. The TJX Companies, Inc.

Dear US District Court,

I am a class member for the proposed settlement for the class action lawsuit Staci Chester v. The TJX Companies, Inc. and, I am writing to you today to wholeheartedly **OBJECT** to the class action lawsuit and settlement.

I am able to provide for all of the criteria of a class action member as I do not have any affiliation with the TJX brand and I have frequented all three of the brands stores, TJ Maxx, Marshall's and HomeGoods for years. All three stores I consider my "favorite" places to shop and, I enjoy every shopping trip there. I could easily produce credit card statements and receipts detailing at least $10,000.00 I have spent in the stores during the period specified in the settlement documents and, I do not feel that TJX Companies, Inc. has defrauded me for even one penny.

I have NOT been defrauded or misled by the advertising practices of TJX brand stores nor, do I feel that I would reconsider any purchase I have made at the stores with or without 'compare at' pricing nor would I reconsider any future purchase at the stores based on the documentation I have read on the class action lawsuit website.

The event of spending money in the TJ Maxx, Marshalls and HomeGoods has always been positive and, I have always felt that I got great items at a great price while shopping there. The TJX brands have money saving prices, a great return policy that favors the customer and not the store (that is, I have returned items after considerable time and with no receipt and, I was treated fairly in the return process) and they have friendly staff. All three of the TJX brand stores mentioned in the lawsuit are among my top ten favorite retail stores to shop in and, although I have no interest in the company, nor do I know any

employees, I take it personally that my favorite retail brands are under
'attack' by a eight-million plus dollar lawsuit.

I do feel saddened that the brands are being sued for misleading consumers as, I do not feel this is the case whatsoever. In fact, I was shocked to see a class action lawsuit billboard up in one of the local stores and would have never guessed that its content would be regarding the 'compare at' pricing. Of course everyone who picked up a flyer read it, retained the flyer and then hopped in line to continue to pay for their "score" items they got at a great deal… really, I would challenge anyone at the courts to stand near the line of TJ Maxx and watch the people who are taking flyers for the lawsuit. I did so for nearly twenty minutes and exactly zero of those customers threw down their purchases in an epiphany that they had been "defrauded"… not one, they all took the flyer, read it, and continued with their purchases. Why, because TJX stores save the customers money and, everyone knows it.

I am objecting to the class action lawsuit for the following reasons:

1) I have never been defrauded or mislead by TJX brand pricing.
2) I do not know anyone who has been defrauded or mislead by TJX brand pricing. On many shopping trips to these stores with friends or relatives we always chatted about how cute our items were and what a good deal they were at $12.99 for a blouse or $39.00 for designer jeans.
3) I do not base my TJX brand purchase on 'compare at' pricing… I know good deals because I shop at lots of stores.
4) I do not know any other person (friend or family) who has based purchases at TJX brand stores on the 'compare at' pricing and, I go shopping there frequently with friends and family.
5) I am an average person, with an average intellect and, regardless of such average capabilities; I am able to discern a 'good deal' simply by living in the current market which is "what can I get a pair of jeans or a nightstand somewhere else for?" and, with that said, TJX stores always come up on my 'bargain' list!
6) Clothing and homegoods are not a commodity nor are a necessity for life. All TJX stores are located in strip-malls (typically) and, within close proximity to other competing stores. Any person shopping in said stores could easily go compare prices at nearby stores. What I am saying is, the TJX brands do not have a monopoly on clothing, they are not the only gas station in town nor are they the only hospital in 100 miles. We are talking about retail clothing here… every clothing buyer can shop around and, with the invention of smart-phones, every store in every country is available online for comparison.
7) I feel this lawsuit will only pave the way for more lawsuits against retail stores and their pricing practices which will drive up retail prices. How is TJX any different than Macy's who seems to have a sale EVERY weekend? What is different about Macy's selling a pair of jeans with a price tag of $79 and then putting them on sale every weekend and then having additional off coupons and card member benefits, a clearance rack etc? I really don't see the difference.
8) I literally cannot imagine a scenario where a consumer would be defrauded by the 'compare at' pricing and, I have really tried to think of one.

TJX stores have been a source of value and enrichment to my life for years now. When I was a teenager of a single mother on a retail salary herself, the stores allowed me to get fashionable and cute items, which we could NOT afford at department stores and, with my "new" outfits (vs thrift store clothing) I was able to fit in at school.

As a 20's something business person just starting out, the TJX stores helped me dress for business when I could not afford suits and shoes on my entry level income.

As an adult the TJX stores helped me furnish my home with beautiful items while, still leaving money in my checking account to pay the bills.

It is my opinion that this lawsuit is based on opportunity and not on misled consumers. I do not know any reasonable person that would be defrauded by 'compare at' pricing at a TJX brand store.

I sincerely hope that the court hears my objection and terminates this lawsuit.

Kind Regards,

Jessie R. Parker
7175 Armstrong Rd.
Goleta, CA 93117
(707) 398-1634