**FILED**

JUN - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STACI CHESTER; DANIEL
FRIEDMAN; ROBIN BERKOFF;
and THERESA METOYER,
individually and o/b/o those
similarly situated,

        Plaintiffs,

v.

THE TJX COMPANIES, INC.;
TJ MAXX OF CA, LLC;
MARSHALLS OF CA, LLC;
HOMEGOODS, INC; and
DOES 1– 100, inclusive,

        Defendants.

Case № 5:15-cv-01437-ODW

## NOTICE OF APPEAL

**Patrick S. Sweeney, Pro Se**
2672 Mutchler Road
Madison, WI 54711
Phone: (424)-488-4383
Email:patrickshanesweeney@gmail.com

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from that certain Order And Judgment: (1) Confirming Certification of Settlement Class; (2) Granting Final Approval of Class Action Settlement; (3) Approving Class Representative Enhancement Payments; (4) Awarding Class Counsel's Fees and Costs; (5) Approving Settlements Administrators Fees; (6) Entering Final Judgment (Document #129) entered in this action on May 14, 2018.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: June 3, 2018                     Respectfully Submitted,

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: (424)-488-4383
patrickshanessweeney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Central District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

Patrick S. Sweeney, Pro Se

Name PATRICK S. SWEENEY, PRO SE

Address 2672 MUTCHLER ROAD

City, State, Zip MADISON, WI  53711

Phone 424-488-4383

Fax N/A

E-Mail patrickshanesweeney@gmail.com

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STACI CHESTER et al

PLAINTIFF(S),

v.

THE TJX COMPANIES, INC. et al

DEFENDANT(S).

CASE NUMBER:

15-cv-1437-ODW

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ PATRICK S. SWEENEY, PRO SE _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on MAY 14, 2014 _____.

A copy of said judgment or order is attached hereto.

JUNE 3, 2018 _____
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL

1
2
3
4
5
6
7                                                          JS-6
8
9  STACI CHESTER, et al,                    EDCV 15-01437 ODW (DTBx)
10                                          CLASS ACTION
                 Plaintiffs,
11                                          [PROPOSED] ORDER AND
12                                          JUDGMENT:
                                            (1) CONFIRMING
13         vs.                              CERTIFICATION OF
                                            SETTLEMENT CLASS;
14                                          (2) GRANTING FINAL APPROVAL
15  THE TJX COMPANIES, INC., et al,         OF CLASS ACTION SETTLEMENT
                                            (3) APPROVING CLASS
16               Defendants.                REPRESENTATIVE
                                            ENHANCMENT PAYMENTS
17                                          (4) AWARDING CLASS COUNSEL
18                                          FEES AND COSTS
                                            (5) APPROVING SETTLEMENT
19                                          ADMINISTRATOR FEES
20                                          (6) ENTERING FINAL JUDGMENT
21
22                                          Courtroom:  5D – First Street
23                                          Date:       May 14, 2018
                                            Time:       1:30 p.m.
24                                          Judge:      Hon. Otis D. Wright, II
25
26
27
28

1   This matter has come before the Court pursuant to Plaintiffs' Motion for Final

2   Approval of Class Action Settlement ("Motion for Final Approval") and Plaintiffs'

3   Motion for Attorneys' Fees and Costs, Costs of Administration, and Representative

4   Enhancement Payments (ECF Doc. 116) ("Motion for Attorneys' Fee") (collectively, the

5   "Motions").

6   The Court, having considered the Motion for Final Approval, the Motion for

7   Attorneys' Fees, as well as the accompanying memoranda of points and authorities,

8   declarations of Christopher J. Morosoff, Douglas Caiafa, Greg Hafif, Jennifer Keough,

9   and Jennifer A. Peoples, as well as the Settlement Agreement between Plaintiffs Staci

10   Chester, Daniel Friedman, Robin Berkoff and Theresa Metoyer ("Plaintiffs") and

11   Defendant The TJX Companies, Inc. ("TJX" or "Defendant"), and all of the files, records,

12   and proceedings herein, and it appearing to the Court after considering the papers and the

13   arguments in connection with the Motions, that the Settlement is fair, reasonable and

14   adequate, and that adequate notice of the Settlement has been provided to the Settlement

15   Class in compliance with due process, and that a Judgment approving the Settlement and

16   an Order dismissing the Action based upon the Settlement should be entered;

17   **NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED**:

18   1.   The Court has jurisdiction over this action and the Parties' Proposed Settlement

19   under 28. U.S.C. §§ 1332(d) and 1453 pursuant to the Class Action Fairness Act

20   since the amount in controversy exceeds $5,000,000 and because of the complete

21   diversity between Plaintiffs and Defendant.

22   2.   For the reasons stated in the Order Granting Plaintiffs' Motion for Preliminary

23   Approval of Class Action Settlement and Conditional Certification of Settlement

24   Class (ECF Doc. 113) ("Preliminary Approval Order"), the Court finds that the

25   action meets all the requirements for class certification, and it is hereby ordered

26   that the Settlement Class is finally approved and certified as a class for purposes of

27   settlement of this action.

28

1

Case 5:15-cv-01437-ODW-DTB   Document 129   Filed 05/14/18   Page 3 of 4   Page ID #:11305

3. The Parties' Settlement Agreement ("SA") (attached as Exhibit A to the Declaration Douglas Caiafa) is granted final approval as it meets the criteria for final settlement approval. The Settlement falls within the range of possible approval as fair, adequate, and reasonable, and appears to be the product of arm's-length and informed negotiation and to treat all Class Members fairly.

4. Notice to Class Members of the Settlement as described in the SA and the Preliminary Approval Order, including the Longform Notice, Email Notice, Postcard Notice, and Publication Notice (attached as Exhibits 2, 3, 4, and 5 to the SA), were sufficient to inform Class Members of the terms of the Settlement; their rights under the Settlement; their rights to object to the Settlement; their right to receive Merchandise Credit with a cash option, or elect not to participate in the Settlement; the processes for receiving Merchandise Credit with a cash option, electing not to participate in the Settlement, or objecting to the Settlement; and the date and location of the final approval hearing. Therefore, the Court finds and determines that the Notice to Class Members was complete and constitutionally sound, because individual notices were mailed and/or emailed to all Class Members whose identities and addresses are reasonably known to the Parties, and Notice was published in accordance with this Court's Preliminary Approval Order, and such notice was the best notice practicable.

5. Class Members were provided with the opportunity to comment on, or object to the Settlement, as well as to elect not to participate in the Settlement. Only 6 Class Members elected to not participate in the Settlement, and only 5 Class Members objected to the Settlement.

6. JND is awarded $1,000,000 for their services as Settlement Administrator, pursuant to the terms set forth in the SA.

7. Class Representatives Staci Chester, Daniel Friedman, Robin Berkoff and Theresa Metoyer are each awarded the sum of $7,500 as a Class Representative Payment pursuant to the terms set forth in the SA.

[PROPOSED] ORDER AND JUDGMENT

8.   Class Counsel is awarded $2,125,000, as attorneys' fees, and $35,497.97 as costs, pursuant to the terms set forth in the SA.

9.   By means of this Final Order and Judgment, this Court hereby enters Final Judgment in this action, as defined in Rule 54, Federal Rules of Civil Procedure.

10.   This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the SA and this Final Order and Judgment.

11.   The Court hereby reserves its exclusive, general and continuing jurisdiction over the SA as needed or appropriate in order to administer, supervise, implement, interpret or enforce the Settlement in accordance with its terms.

Dated:   May 14, 2018

Hon. OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT

3

[PROPOSED] ORDER AND JUDGMENT

