Name  Steven F. Helfand
Address  900 West Avenue, Apt 701
City, State, Zip  Miami Beach, FL 33139
Phone  786.774.9660
Fax  none
E-Mail  s.helfand@icloud.com

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Staci Chester, et al.

PLAINTIFF(S),

v.

The TJX Companies, Inc., et al.

DEFENDANT(S).

CASE NUMBER:

5:15cv01437-ODW-DTB

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ Objector, Steven F. Helfand _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Dated May 14, 2018

☒ Other (specify):
   Fee award and Settlement Approval dated
   May 14, 2018

Imposed or Filed on  May 14, 2018 . Entered on the docket in this action on May 14, 2018 .

A copy of said judgment or order is attached hereto.

June 12, 2018                             /s
Date                                       Signature
                                           ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).