Name BARBARA COCHRAN

Address 1520 DOVER STREET

City, State, Zip OXNARD, CA 90303

Phone 805-919-9009

Fax none

E-Mail BARB380@HOTMAL.COM

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

```
FILED
CLERK, U.S. DISTRICT COURT

JUN 1 1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI CHESTER, et al.<br><br>PLAINTIFF(S),<br>v.<br><br>THE TJ MAXX COMPANIES, Inc., et al.<br>DEFENDANT(S). | CASE NUMBER:<br><br>15-01437 ODW<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ BARBARA COCHRAN _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Minute Order approving settlement and
attorney's fees (128)

☒ Judgment (specify):
Final Judgment (129)

☐ Other (specify):

Imposed or Filed on _____ 05/14/2018 _____. Entered on the docket in this action on __ 05/14/2018 __.

A copy of said judgment or order is attached hereto.

06/05/2018
Date

Signature

☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Barbara Cochran
1520 Dover St.
Oxnard, CA 93030

Clerk U.S. District Court for Central District
of California
350 W. 1st St., Suite 4311
Los Angeles, CA 90012-4565

90012-456565

U.S. POSTAGE
PAID
OXNARD, CA
93036
JUN 08 18
AMOUNT
$0.50
R2303S103355-13

UNITED STATES
POSTAL SERVICE®
1000
90012